# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM DORSEY VICK, III, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. 5: 10-CV-61-D |
| NASH HEALTH CARE SYSTEMS, | ) ) |
| Defendant | ) ) ) |

## CONSENT ORDER ON DISCOVERY

**THIS CAUSE** came on for hearing before the undersigned, with the consent of the parties, through counsel, who represented to the Court as follows:

1. On June 4, 2010 Defendant served on Plaintiff, by first class mail pursuant to Rule 5, Interrogatories pursuant to Rule 33 and Request for Production pursuant to Rule 34;

2. As of the time of this Consent Order, Plaintiff has served no response to either the Interrogatories or the Request for Production; and

3. The parties have agreed that Plaintiff may have through and including August 10, 2010 to serve full and complete answers, without objection, to Defendant's Interrogatories and to produce, without objection, the documents requested by Defendant's Request for Production.

**NOW, THEREFORE,** it is hereby **ORDERED**, with the consent of the parties, that Plaintiff shall serve full and complete answers, without objection, to Defendant's Interrogatories and shall produce, without objection, the documents requested by Defendant's Request for Production on or before August 10, 2010.

**Counsel should note that, pursuant to Rule 29 of the Federal Rules of Civil Procedure, stipulations for extensions of time for responses to discovery provided in Rules 33, 34 and 36 do not need court approval as long as the extensions do not interfere with any time set for completion of discovery or with a hearing or trial.**

1

This 22nd day of July, 2010.

*[signature]*

**WE CONSENT:**

/s/ Lisa M. Schreiner
Lisa M. Schreiner
NC State Bar # 34192
Attorney for Plaintiff
LAW OFFICE OF LISA SCHREINER, P.A.
1625 N. Main Street, Suite 232
Fuquay-Varina, NC 27526
Email: lisa@schreiner-law.com
Phone: (919) 567-0075
Fax: (919) 567-0081


/s/ Marshall A. Gallop, Jr.
Marshall A. Gallop, Jr.
NC State Bar No. 6626
Attorney for Defendants
Battle, Winslow, Scott & Wiley, P.A.
P. O. Box 7100
Rocky Mount, NC 27804-0100
Email: mgallop@bwsw.com
Phone: (252) 937-2200
Fax: (252) 937-8100

2