AO 450 (Rev. 5/85)

# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| WILLIAM DORSEY VICK III,<br>  Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| NASH HEALTH CARE SYSTEMS,<br>  Defendant. | ) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 5:10-CV-61-D**<br>) |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the plaintiff's motion for voluntary dismissal [D.E. 34] is GRANTED. Vick's Title VII claim, wrongful discharge from employment in violation of North Carolina public policy claim, and "blacklisting" claim are dismissed with prejudice. Vick's breach of contract claim is dismissed without prejudice. Accordingly, the action is DISMISSED. The Clerk of Court shall close this case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JANUARY 12, 2011** WITH A COPY TO:

Lisa M. Schreiner (via CM/ECF Notice of Electronic Filing)

Marshall A. Gallop, Jr. (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>January 12, 2011</u><br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><u>/s/ Debby Sawyer          </u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |